# UNITED STATES DISTRICT COURT
## Western District of Wisconsin

**MARK LARKIN,**

      Petitioner,

v.

**JOSEPH NORHOOD, Warden,**
**United States Penitentiary,**
**Victorville, California,**

      Respondent.

**JUDGMENT**
on a Motion pursuant to
28 U.S.C. § 2255

Case No.: 09-cv-146-bbc

This action came for consideration before the court with U. S. District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

## IT IS ORDERED AND ADJUDGED

Petitioner's motion for post-conviction relief pursuant to 28 U.S.C. § 2255, improperly titled as a petition for writ of habeas corpus pursuant to 28 U.S.C. §2241, is DISMISSED.

PETER OPPENEER
_____
**Peter Oppeneer, Acting Clerk**

/s/ M. Hardin                                             5/6/09
_____      _____
**by Deputy Clerk**                                                **Date**